**UNITED STATES of America, Appellant, v. Donald G. McGREGOR.**

No. 14289.

United States Court of Appeals
Eighth Circuit.

Feb. 23, 1951.

Drake Watson, U. S. Atty., and William J. Costello, Asst. U. S. Atty., St. Louis, Mo., for appellant.

Arthur J. Freund, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and consent of appellee.

**Earl W. TAYLOR, Petitioner, v. Albert L. REEVES, United States District Judge for the Western District of Missouri.**

No. 14314.

United States Court of Appeals
Eighth Circuit.

Feb. 7, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Petitioner permitted to file "Petition for Mandamus Relief" and affidavit for permission to proceed in forma pauperis, without payment of Clerk's costs or fees, and "Petition for Mandamus Relief" dismissed.